| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: Eastern District of Michigan | |
| Case number *(if known)* _____ Chapter **7** | ☐ Check if this an amended filing |

# Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**   *Check one:*
   - ☑ Chapter 7
   - ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   Frank W. Kerr Company

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   38-0714700
   EIN

5. **Debtor's address**

   **Principal place of business**
   43155 W. Nine Mile Road
   Number          Street

   Novi                          MI      48376-8026
   City                           State    Zip Code

   Oakland
   County

   **Mailing address, if different**
   Number          Street

   P.O. Box

   City                           State    Zip Code

   **Location of principal assets, if different from principal place of business**
   Number          Street

   City                           State    Zip Code

6. **Debtor's website (URL)**   www.fwkerr.com

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's**   *Check one:*

| Debtor | Frank W. Kerr Company | Case number (if known) | |
|---|---|---|---|

business

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad (as defined in 11 U.S.C. § 101(44)
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

☑ No
☐ Yes.  Debtor _____  Relationship _____
District _____ Date filed _____ MM/DD/YYYY   Case number, if known _____

Debtor _____  Relationship _____
District _____ Date filed _____ MM/DD/YYYY   Case number, if known _____

**Part 3: Report About the Case**

10. Venue    Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Allergan, PLC | | $ 180,088.06 |
| Amneal Pharmaceuticals LLC | | $ 347,691.35 |
| Ascend Laboratories, LLC | | $ 36,437.00 |
| Par Pharmaceutical Inc. | | $1,479,334.00 |
| Rising Pharmaceuticals, Inc. | | $ 87,022.18 |
| Teva Pharmaceuticals USA, Inc. | | $1,039,243.43 |
| Boehringer Ingelheim Pharmaceuticals Inc. | | $2,827,049.14 |
| | Total of petitioners' claims | $ 5,996,865.16 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4: Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Official Form 205    16-51724-mlo    Doc 1    Involuntary Petition Against a Non-Individual    Filed 08/23/16    Entered 08/23/16 19:11:49    Page 2 of 7    page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Frank W. Kerr Company | Case number *(if known)* | |
|---|---|---|---|

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| Name and mailing address of petitioner<br>**Allergan, PLC**<br>Name<br>**Morris Corporate Center III**<br>**400 Interpace Parkway**<br>Number    Street<br>**Parsippany, NJ  07054**<br>City        State        Zip Code | Scott A. Wolfson<br>Printed name<br>Wolfson Bolton PLLC<br>Firm name, if any<br>3150 Livernois, Ste. 275<br>Number    Street<br>Troy, MI 48083<br>City        State        Zip Code<br>Contact phone  248-247-7103   Email  swolfson@wolfsonbolton.com<br>Bar number  P53194<br>State  MI |
| Name and mailing address of petitioner's representative, if any<br>**Jack Lewis, Associate Director, A.R.**<br>Name<br>**Morris Corporate Center III**<br>**400 Interpace Parkway**<br>Number    Street<br>**Parsippany, NJ 07054**<br>City        State        Zip Code | |
| I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on  08/23/2016<br>            MM / DD / YYYY<br><br>/s/ Jack Lewis, Associate Director, A.R.<br>Signature of petitioner or representative, including representative's title | /s/ Scott A. Wolfson<br>Signature of attorney<br>Date signed  08/23/2016<br>            MM / DD / YYYY |
| Name and mailing address of petitioner<br>Amneal Pharmaceuticals LLC<br>Name<br>400 Crossing Boulevard<br>Third Floor<br>Number    Street<br>Bridgwater, NJ 08807<br>City        State        Zip Code | Scott A. Wolfson<br>Printed name<br>Wolfson Bolton PLLC<br>Firm name, if any<br>3150 Livernois, Ste. 275<br>Number    Street<br>Troy, MI 48083<br>City        State        Zip Code<br>Contact phone  248-247-7103   Email  swolson@wolfsonbolton.com<br>Bar number  P53194<br>State  MI |
| Name and mailing address of petitioner's representative, if any<br>Robert Loewenstein, SVP, Gen. Counsel<br>Name<br>400 Crossing Boulevard<br>Third Floor<br>Number    Street<br>Bridgewater, NJ 08807<br>City        State        Zip Code | |
| I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on  08/23/2016<br>            MM / DD / YYYY<br><br>/s/ Robert Loewenstein, SVP, Gen. Counsel<br>Signature of petitioner or representative, including representative's title | /s/ Scott A. Wolfson<br>Signature of attorney<br>Date signed  08/23/2016<br>            MM / DD / YYYY |

| Debtor | Frank W. Kerr Company | Case number *(if known)* | |
|---|---|---|---|

**Name and mailing address of petitioner**
Ascend Laboratories, LLC
Name

339 Jefferson Road
Number    Street
Parsippany, NJ  07054
City                  State       Zip Code

**Name and mailing address of petitioner's representative, if any**
Arnetta Frazier, Sr. Manager, A.R.
Name

339 Jefferson Road
Number    Street
Parsippany, NJ  07054
City                  State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    08/23/2016
               MM / DD / YYYY

/s/ Arnetta Frazier, Sr. Manager, A.R.
Signature of petitioner or representative, including representative's title

Scott A. Wolfson
Printed name

Wolfson Bolton PLLC
Firm name, if any

3150 Livernois, Ste. 275
Number    Street
Troy, MI 48083
City                   State         Zip Code

Contact phone  248-247-7103   Email  swolfson@wolfsonbolton.com

Bar number  P53194

State         MI

/s/ Scott A. Wolfson
Signature of attorney
Date signed    08/23/2016
               MM / DD / YYYY

---

**Name and mailing address of petitioner**
Par Pharmaceutical Inc.
Name

6 Ram Ridge Road
Number    Street
Chestnut Ridge, NY  10977
City                  State       Zip Code

**Name and mailing address of petitioner's representative, if any**
Mitchell S. Kahan, Sr. Director Trade Finance
Name

6 Ram Ridge Road
Number    Street
Chestnut Ridge, NY  10977
City                  State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    08/23/2016
               MM / DD / YYYY

/s/ Mitchell S. Kahan, Sr. Director Trade Finance
Signature of petitioner or representative, including representative's title

Scott A. Wolfson
Printed name

Wolfson Bolton PLLC
Firm name, if any

3150 Livernois, Ste. 275
Number    Street
Troy, MI 48083
City                   State         Zip Code

Contact phone  248-247-7103   Email  swolfson@wolfsonbolton.com

Bar number  P53194

State         MI

/s/ Scott A. Wolfson
Signature of attorney
Date signed    08/23/2016
               MM / DD / YYYY

| Debtor | Frank W. Kerr Company | Case number (if known) | |
|---|---|---|---|

**Name and mailing address of petitioner**
Rising Pharmaceuticals, Inc.
Name

3 Pearl Court, Suite A
Number    Street
Allendale, NJ 07401
City                          State          Zip Code

**Name and mailing address of petitioner's representative, if any**
Steven S. Rogers, Chief Legal Officer
Name

3 Pearl Court, Suite A
Number    Street
Allendale, NJ 07401
City                          State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    08/23/2016
                         MM / DD / YYYY

/s/ Steven S. Rogers, Chief Legal Officer
Signature of petitioner or representative, including representative's title

Scott A. Wolfson
Printed name

Wolfson Bolton PLLC
Firm name, if any

3150 Livernois, Ste. 275
Number    Street
Troy, MI 48083
City                                     State          Zip Code
Contact phone  248-247-7103    Email  swolfson@wolfsonbolton.com

Bar number    P53194

State         MI

/s/ Scott A. Wolfson
Signature of attorney
Date signed    08/23/2016
                         MM / DD / YYYY

| Debtor | Frank W. Kerr Company | Case number *(if known)* | |
|---|---|---|---|

**Name and mailing address of petitioner**
Teva Pharmaceuticals USA, Inc.
Name

1070 Horsham Road
Number    Street
North Wales, PA  19454
City                    State        Zip Code

**Name and mailing address of petitioner's representative, if any**
Deborah Finan, Associate Director of A.R.
Name

1070 Horsham Road
Number    Street
North Wales, PA  19454
City                    State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    08/23/2016
                        MM / DD / YYYY

/s/ Deborah Finan, Associate Director of A.R.
Signature of petitioner or representative, including representative's title

Scott A. Wolfson
Printed name

Wolfson Bolton PLLC
Firm name, if any

3150 Livernois, Ste. 275
Number    Street
Troy, MI 48083
City                    State        Zip Code
Contact phone  248-247-7103    Email  swolfson@wolfsonbolton.com
Bar number  P53194
State  MI

/s/ Scott A. Wolfson
Signature of attorney
Date signed  08/23/2016
                        MM / DD / YYYY

| Debtor | Frank W. Kerr Company | Case number (if known) | |
|---|---|---|---|

**Name and mailing address of petitioner**
Boehringer Ingelheim Pharmaceuticals, Inc.
Name

900 Ridgebury Road
Number    Street
Ridgefield, CT  06877
City                              State          Zip Code

**Name and mailing address of petitioner's representative, if any**
John T. Richers, Credit Analyst
Name

900 Ridgebury Road
Number    Street
Ridgefield, CT  06877
City                              State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    08/23/2016
                       MM / DD / YYYY

/s/ John T. Richers, Credit Analyst
Signature of petitioner or representative, including representative's title

Scott A. Wolfson
Printed name

Wolfson Bolton PLLC
Firm name, if any

3150 Livernois, Ste. 275
Number    Street
Troy, MI 48083
City                              State          Zip Code

Contact phone    248-247-7103     Email    swolfson@wolfsonbolton.com

Bar number    P53194

State    MI

/s/ Scott A. Wolfson
Signature of attorney
Date signed    08/23/2016
                        MM / DD / YYYY