| | |
|---|---|
| In re:<br><br>FRANK W. KERR COMPANY,<br><br>Debtor. | Chapter 7<br><br>Case No. _____ |

## RULE 7007.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned corporation states that Ascend Laboratories, LLC's parent corporation is ThePharmaNetwork, LLC, and the parent corporation for ThePharmaNetwork, LLC is Alkem Laboratories, Limited. Ascend Laboratories, LLC further states that no publicly held company owns ten percent or more of its stock.

Dated: August 23, 2016

ASCEND LABORATORIES, LLC

By: /s/ [signature]

Its: _____