## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Boehringer Ingelheim<br>P.O. BOX 5846<br>CAROL STREAM, IL 60197 | Eli Scarfi<br>Elli.Scarfi@boehringer-ingelheim.com | TRADE DEBT | | | | 2,794,471.71 |
| 2 | Actavis Pharma, Inc.<br>FILE #52539<br>LOS ANGELES, CA 90074 | Molli Finn<br>Mollie.Finn@tevapharm.com | TRADE DEBT | | | | 2,775,533.87 |
| 3 | Astrazeneca LP<br>1320 SOLUTIONS CENTER<br>CHICAGO, IL 60677 | Mildred Marocelli<br>mildred.marcocelli@astrazeneca.com | TRADE DEBT | | | | 1,714,577.57 |
| 4 | Merck Human Health<br>P.O. BOX 5254<br>CAROL STREAM, IL 60197 | Kathyrn Watson Friel<br>kathryn_friel@merck.com | TRADE DEBT | | | | 1,572,101.02 |
| 5 | Sanofi-Aventis US LLC<br>PO BOX 848203<br>DALLAS, TX 75284 | Denis Osellame<br>Denis.Osellame@sanofi.com | TRADE DEBT | | | | 1,439,327.59 |
| 6 | Glaxosmithkline<br>P O BOX 740415<br>ATLANTA, GA 30374 | Mark Leamy<br>Mark.X.Leamy@gsk.com | TRADE DEBT | | | | 1,252,923.60 |
| 7 | Apotex Corp.<br>P.O.BOX 100107<br>ATLANTA, GA 30384 | Mary Bermudez<br>mbermude@apotex.com | TRADE DEBT | | | | 1,228,520.53 |
| 8 | Pfizer Pharm<br>P.O. BOX 100539<br>ATLANTA, GA 30384 | John Glynn<br>john.glynn@pfizer.com | TRADE DEBT | | | | 1,227,912.32 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Qualitest Pharm, Inc.<br>PO BOX 743236<br>ATLANTA, GA 30374 | Mitchell Kahan<br>mitchell.kahan@parpharm.com | TRADE DEBT | | | | 1,207,850.32 |
| 10 | Lilly, ELI & Co.<br>Lilly Corporate Center<br>Indianapolis, IN 46285 | Jacqueline Tharp<br>jtharp@lilly.com | TRADE DEBT | | | | 1,186,633.57 |
| 11 | J.O.M. Pharmaceutical<br>5079 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | Jeff Lim<br>jlim10@its.jnj.com | TRADE DEBT | | | | 1,110,186.59 |
| 12 | Teva Pharmaceutical<br>P O BOX 828106<br>PHILADELPHIA, PA 19182 | Mollie Finn<br>Mollie.Finn@tevapharm.com | TRADE DEBT | | | | 1,100,907.67 |
| 13 | Novo Nordisk, Inc.<br>P.O. BOX 7247-7551<br>PHILADELPHIA, PA 19170 | Pat Quinn<br>pqu@novonordisk.com | TRADE DEBT | | | | 981,196.24 |
| 14 | Abbvie US LLC<br>62671 COLLECTION CTR<br>CHICAGO, IL 60693 | Phillip Kellner<br>philip.kellner@abbvie.com | TRADE DEBT | | | | 916,258.97 |
| 15 | Prasco LLC Generics<br>PO BOX 77000<br>DETROIT, MI 48277 | Matt Pendley<br>m.pendley@prasco.com | TRADE DEBT | | | | 855,371.26 |
| 16 | Dr. Reddys Laboratories<br>P O BOX 7247<br>PHILADELPHIA, PA 19170 | Joanne Lichtmann<br>jlichtmann@drreddys.com | TRADE DEBT | | | | 742,279.24 |
| 17 | VPNA<br>PO BOX 841412<br>DALLAS, TX 75284 | Michael Dougherty<br>Michael.Dougherty@Valeant.com | TRADE DEBT | | | | 667,024.76 |
| 18 | Daiichi Sankyo, Inc.<br>P.O. BOX 34877<br>NEWARK, NJ 07189 | Sandy Krudop<br>skrudop@dsi.com | TRADE DEBT | | | | 614,003.27 |
| 19 | Lannett Company, Inc.<br>P.O. BOX 784336<br>PHILADELPHIA, PA 19178 | Edward Tokmajian<br>edward.tokmajian@lannett.com | TRADE DEBT | | | | 477,087.03 |
| 20 | Greenstone, LLC<br>P.O. BOX 409688<br>ATLANTA, GA 30384 | Brandy Shelton<br>Brandy.Shelton@pfizer.com | TRADE DEBT | | | | 456,826.83 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**
Generated by CaseFilePRO
09/20/2016 12:31

16-51724-mlo    Doc 34    Filed 09/20/16    Entered 09/20/16 14:57:54    Page 2 of 3

## United States Bankruptcy Court
## Eastern District of Michigan

In re  Frank W. Kerr Company,  
                              Debtor

Case No. 16-51724  
Chapter 11

### VERIFICATION OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, Jeffrey K. Tischler, the Chief Restructuring Officer of Frank W. Kerr Company, the corporation named as debtor in the above-captioned chapter 11 case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge.

September 20, 2016  
Date

Jeffrey K. Tischler/Chief Restructuring Officer

{6338053:}